**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DRC, INC.,** | ) | |
| | ) | |
|     **Petitioner,** | ) | |
| | ) | |
| V | ) | 1:10 cv-00003-PLF |
| | ) | |
| **REPUBLIC OF HONDURAS,** | ) | |
| | ) | |
|     **Respondent** | ) | |
| | ) | |
| _____) | | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO ALTER, AMEND OR VACATE**

    Comes now the Plaintiff and withdraws its November 20, 2014 Motion to Alter, Amend or Vacate.  Plaintiff has entered into a settlement agreement with the United States Government on a collateral case that includes the settlement of the subject case.  Therefore, Plaintiff does not wish to pursue the pending Motion to Alter, Amend or Vacate.

_____/s/_____
MARVIN D. MILLER, ESQ.
D.C.B. No. 0186734
Law Offices of Marvin D. Miller
1203 Duke Street
Alexandria, VA 22314
Phone:  (703) 548-5000
Fax:  (703) 739-0179
ofc@mdmillerlaw.com

    /s/Clifford C. (Kip) Sharpe
    _____
    Clifford C. (Kip) Sharpe, Attorney for Plaintiff
        (*pro hac vice*)
    4623 Springhill Ave Ext.
    Mobile, AL 36608
    Office:  (251) 3343-6700
    Cell:  (251) 423-1157
    ksharpe@kiplaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on January16, 2015, I caused to be filed electronically the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system and accomplished service via the same.

_____/s/_____
MARVIN D. MILLER


/s/Clifford C. (Kip) Sharpe
_____
Clifford C. (Kip) Sharpe (*pro hac vice*)